■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL JOHNSON, Also Known as SAMUEL WELLS, JR., Appellant.—Judgment, Supreme Court, New York County, rendered on April 7, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that

there are no meritorious points which could be raised on this appeal. Concur —Kupferman, J. P., Lupiano, Markewich, Yesawich and Sullivan, JJ.